UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CIL KEMP,<br><br>  Plaintiff,<br><br>v.<br><br>SEARS HOME IMPROVEMENT PRODUCTS, INC., et al.,<br><br>  Defendants. | Case No. 15-cv-05617-VC<br><br>**ORDER RE NOTICE OF UNAVAILABILITY OF COUNSEL**<br><br>Re: Dkt. No. 26 |

The Court is in receipt of the "Notice of Unavailability" filed by counsel for the defendants in this case. Counsel should be aware that they may not make themselves "unavailable" to the Court, nor may they make themselves unavailable for "receiving notices of any kind." Counsel are required to make arrangements to ensure they receive all notices from the Court in a timely fashion.

**IT IS SO ORDERED.**

Dated: May 2, 2016

_____
VINCE CHHABRIA
United States District Judge