UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CIL KEMP,<br><br>        Plaintiff,<br><br>   v.<br><br>SEARS HOME IMPROVEMENT PRODUCTS, INC., et al.,<br><br>        Defendants. | Case No. 15-cv-05617-VC<br><br>**ORDER REOPENING CASE**<br><br>Re: Dkt. Nos. 29, 30 |

    The plaintiff's request to reinstate the case against Sears Home Improvement Products, Inc. and Daniel Morse is granted.

    **IT IS SO ORDERED.**

Dated: August 4, 2016

_____
VINCE CHHABRIA
United States District Judge